## COURT OF APPEALS.

*Decisions Sept. Term, 1848, at the Capitol in the City of Albany.*
[Continued from page 40, and concldued.]

JOHN CHRETIEN, plaintiff in error, vs. JOHN DONEY and others, defendants in error. *Judgment of restitution reversed, and as to all the rest, judgment affirmed without costs in this Court.* R. GERMAIN and N. BENNETT for plaintiff in error; J. B. LATHROP and H. SEYMOUR JR. for defendants in error.

This case involved the construction of a clause in a lease for a term of years. And this principle was settled in the decision to wit: " Where the landlord obtains possession of the demised premises by summary proceedings which are reversed in the Supreme Court upon *certiorari*, that court should not award restitution to the tenant, if the term has expired before the judgment of reversal is rendered." *Reported,* 1 *Comstock,* 419

EBENEZER WISWALL, plaintiff in error, agt. LEVINUS A. LANSING, defendant in error. *Judgment affirmed.* D. BUEL JR. for plaintiff in error; JOHN K. PORTER for defendant in error.

This was an action for obstructing a *way.* It was held, among other questions, that a devise of land to which a right of way is appurtenant, will pass the easement to the devisee, although it be not particularly specified in the will

Also that twenty years uninterrupted and unqualified enjoyment of a way across the lands of another, is decisive evidence of a grant of the right of way.

Other questions in relation to the pleadings and exceptions in the case were decided. *Reported,* 5 *Denio,* 213.